IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WESLEY JEFFERSON　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #104933

v.　　　　　　　　　　　　　　5:18CV00200-JM

KEITH WADDLE, Disciplinary Hearing Officer,
ADC, Central Unit; *et al.*　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 4th day of December, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1